1    Tanya E. Moore, SBN 206683
     MOORE LAW FIRM, P.C.
2    332 North Second Street
     San Jose, California 95112
3    Telephone (408) 298-2000
     Facsimile (408) 298-6046
4

5    Attorneys for Plaintiff
     Jesus Sosa
6

7

8

9

10

               **UNITED STATES DISTRICT COURT**

               **EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESUS SOSA, | ) | No. 1:10-cv-01896-AWI-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR DISMISSAL OF** |
| | ) | **ACTION; ORDER** |
| vs. | ) | |
| | ) | |
| RITE AID CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

       IT IS HEREBY STIPULATED by and between Plaintiff Jesus Sosa and Defendants Rite Aid Corporation (erroneously sued as Rite Aid Corporation dba Rite Aid Pharmacy #5856), Thrifty Payless Inc. dba Rite Aid, Thomas T. Hsu and Ji-Eun Hsu, Trustees of the Hsu Family Trust dated March 1, 1999, the parties to this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.


Date: March 12, 2011                MOORE LAW FIRM, P.C.


                                     /s/Tanya E. Moore _____
                                     Tanya E. Moore
                                     Attorney for Plaintiff

*Sosa v. Rite Aid Corporation, et al.*
Stipulation for Dismissal
                            Page 1

1    Date: March 12, 2011        KELLY, HOCKEL & KLEIN, P.C.

2

3

4                                    /s/ Kathryn M. Weeks

                                     Kathryn M. Weeks, Attorneys for Defendants

5                                      Rite Aid Corporation and Thrifty Payless, Inc.

                                     dba Rite Aid

6    Dated:  March 4, 2011          BOERSMA & DOLLISON

7

8

9                                      /s/ Kevin Dollison

                                     Attorneys for Defendants Thomas T. Hsu and

10                                    Ji-Eun R. Hsu, Trustees of the Hsu Family Trust

11                                        **ORDER**

12

13       The parties having so stipulated, the Clerk of the Court is DIRECTED to close this

14 action  pursuant to the parties' Rule 41 dismissal with prejudice.

15

16

17 IT IS SO ORDERED.

18 Dated:   March 12, 2011

19                              CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

*Sosa v. Rite Aid Corporation, et al.*
Stipulation for Dismissal